CAMERON *v.* CITIZENS BANKING COMPANY.

SIMMONS, C. J. The evidence demanding a finding for the plaintiff, there was no error in directing a verdict in its favor.

　*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 29, 1902.

Complaint. Before Judge Nottingham. City court of Macon. April 25, 1901.

*John R. Cooper,* for plaintiff in error.
*Hardeman, Davis, Turner & Jones,* contra.